IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORDIRO R. BROWN, | 2:20-CV-00512-CCW |
| Plaintiff, | |
| vs. | District Judge Christy Criswell Wiegand |
| | Magistrate Judge Maureen P. Kelly |
| JOHN WETZEL, MALINDA ADAMS, RICHARD COONEY, KARAN FEATHER, PHILLIP MCCRACKEN, PAMALA BEHR, EMMANUELLA FELIX, | ECF Nos. 33 and 42 |
| Defendants. | |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 13, 2020, Magistrate Judge Kelly issued a Report (ECF No. 86) recommending that *pro se* Plaintiff Cordiro Brown's Emergency Motion for Preliminary Injunction/Temporary Restraining Order, ECF No. 33, and his supplement to this motion, ECF No. 42 (collectively, the "Motion for Preliminary Injunction"), be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Plaintiff's Motion for Preliminary Injunction, ECF Nos. 33 and 42, is **DENIED**, and the Magistrate Judge's Report and Recommendation, ECF No. 86 is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 21st day of December, 2020.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc: The Honorable Maureen P. Kelly
United States Magistrate Judge

Cordiro R. Brown
LT 6439
SCI Mercer
801 Butler Pike
Mercer, PA 16137

All Counsel of Record via CM/ECF