IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORDIRO R. BROWN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN WETZEL, MALINDA ADAMS, )<br>RICHARD COONEY, KARAN FEATHER, )<br>PHILLIP MCCRACKEN, PAMALA BEHR, )<br>EMMANUELLA FELIX, )<br>)<br>Defendants. )<br>)<br>) | 2:20-CV-00512-CCW-MPK<br><br>District Judge Christy Criswell Wiegand<br>Magistrate Judge Maureen P. Kelly<br><br>ECF No. 135 |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On February 2, 2021, the Magistrate Judge issued a Report, ECF No. 149, recommending that Plaintiff's Motion for Temporary Restraining Order, Motion for Injunction ("Motion for Preliminary Injunction"), ECF No. 135, be denied.  Service of the Report and Recommendation ("R&R") was made on the parties, and Plaintiff has filed a Motion for Reconsideration, which the Court construes as Objections to the Magistrate Judge's R&R.  *See* ECF No. 166.

After a *de novo* review of the pleadings and documents in the case, together with the R&R and the Objections thereto, the following Order is entered:

Plaintiff's Motion for Preliminary Injunction is hereby DENIED.  The Report and Recommendation, ECF No. 149, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 11th day of March, 2021.

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc: The Honorable Maureen P. Kelly
United States Magistrate Judge

Cordiro R. Brown
LT 6439
SCI Mercer
801 Butler Pike
Mercer, PA 16137

All Counsel of Record via CM/ECF