IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORDIRO R. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CV-00512-CCW-MPK |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN WETZEL, MALINDA ADAMS, | ) | |
| RICHARD COONEY, KARAN FEATHER, | ) | |
| PHILLIP MCCRACKEN, PAMALA BEHR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 3, 2021, Magistrate Judge Kelly issued a Report, ECF No. 176, recommending that Defendants Motion to Revoke IFP Status ("Motion to Revoke/Dismiss"), ECF No. 75 be denied.  Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Defendant's Motion to Revoke IFP Status, ECF No. 75, is **DENIED**, and the Magistrate Judge's Report and Recommendation, ECF No. 176, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 21st day of April, 2021.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge


cc:   The Honorable Maureen P. Kelly
      United States Magistrate Judge

      Cordiro R. Brown
      LT 6439
      SCI Mercer
      801 Butler Pike
      Mercer, PA 16137

      All Counsel of Record via CM/ECF