IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORDIRO R. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 20-512 |
| | ) | District Judge Christy Criswell Weigand |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| JOHN WETZEL, MALINDA ADAMS, | ) | |
| RICHARD COON, PHILLIP MCCRACKEN, | ) | Re: ECF No. 260 |
| KARAN FEATHER, and PAMALA BEHR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MEMORANDUM ORDER

Plaintiff Cordiro R. Brown ("Plaintiff"), an inmate currently incarcerated at the State Correctional Institution Mercer ("SCI-Mercer"), brings this *pro se* civil rights action arising out of allegations that he is being harmfully exposed to tobacco smoke and electronic cigarettes ("e-cigarettes"), that he was exposed to COVID-19, and that prison officials retaliated against him for his complaints. ECF No. 185.

Presently before the Court is Plaintiff's Motion for ECF Documents. ECF No. 260. For the reasons that follow, the Motion is granted in part and denied in part.

In the instant Motion, Plaintiff requests that the Court forward copies of his Third Amended Complaint, the docket, and exhibits to his second motion for summary judgment filed in this action. ECF No. 260 ¶¶ 1-3. Plaintiff states that he does not have a copy of his Third Amended Complaint, and that he was unable to make copies of the exhibits he attached to his second summary judgment motion, which the Court denied as prematurely filed.

As a matter of courtesy, the Court will forward Plaintiff a copy of these documents. Plaintiff is advised, however, that the Court is not required to provide courtesy copies of filings. Plaintiff should keep paper or electronic copies of everything he sends to the Court. If Plaintiff requires additional copies of any filings, he can obtain copies from the Clerk's office for a fee.

Plaintiff also requests that the Court and Defendants serve documents to him at his address of record and his email address. Id. at 2. Upon review, this request is denied. Plaintiff may receive service from the Court by mail **or** electronically, through CM/ECF. Because Plaintiff is not a registered CM/ECF user, the Court cannot serve him electronically. If Plaintiff wishes to receive service electronically, he must register as a CM/ECF user.

To the extent Plaintiff requests an Order requiring Defendants to serve him by mail and email, this request is also denied. Under the Federal Rules of Civil Procedure, Defendants are not required to serve Plaintiff both by mail and electronically.

For the reasons set forth herein, IT IS HEREBY ORDERED that the Motion for ECF Documents, ECF No. 260, is granted in part and denied in part. As a matter of courtesy, the Court will forward Plaintiff a copy of his Third Amended Complaint, ECF No. 185, the docket, and the exhibits that he submitted in support of his second Motion for Summary Judgment, at ECF Nos. 237-1 through ECF No. 237-10. The Motion is denied to the extent that Plaintiff requests the Court to order or provide electronic service.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72.C.2 of the Local Rules of Court, the parties are allowed fourteen (14) days from the date of this Order to file an appeal to the District Judge which includes the basis for objection to this Order. Any appeal is to be submitted to the Clerk of Court, United States District Court, 700 Grant Street,

Room 3110, Pittsburgh, PA 15219.  Failure to file a timely appeal will constitute a waiver of any appellate rights.


Dated: July19, 2021                                                    BY THE COURT,

                                                                                           */s/ Maureen P. Kelly*
                                                                                           MAUREEN P. KELLY
                                                                                           UNITED STATES MAGISTRATE JUDGE



cc:     The Honorable Christy Criswell Wiegand
          United States District Judge

          Cordiro R. Brown
          LT 6439
          SCI Mercer
          801 Butler Pike
          Mercer, PA 16137

          All counsel of record via CM/ECF.